UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, et al., | |
| Plaintiffs, | CASE NO. C88-379JLR |
| v. | ORDER |
| UNITED STATES BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

The Honorable John F. Moulds is hereby appointed to serve as settlement judge in this case. Counsel are directed to communicate jointly with Judge Moulds, at (916) 930-4180, about the delivery and length of settlement briefs, any other materials to be provided, and the time and place of the settlement conference.

At any settlement conference Judge Moulds may hold, all parties are to be represented in person by counsel (including lead trial counsel) and by principals (and insurers, if applicable) having full authority to enter into a settlement agreement, and to change preexisting authority without consulting someone else who is not present. This requirement may be waived only by advance ruling of the settlement judge.

ORDER – 1

1  Dated this 9th day of June, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James L. Robart
　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER – 2